

# UNITED STATES DISTRICT COURT
for the
District of Colorado
901 19th Street, Denver, CO 80294

| | |
|---|---|
| **Kaiser Foundation Health Plan of Colorado** <br> *Plaintiff* <br> v. <br> **Kim Cordova, et al** <br> *Defendant* | ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:23-cv-01687-MEH |

## AFFIDAVIT OF SERVICE

I, Trevor Steldt, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Kim Cordova in Jefferson County, CO on July 3, 2023 at 1:36 pm at United Food and Commercial Workers Union, Local 7, 7760 W 38th Ave, Wheat Ridge, CO 80033 by workplace substituted service by leaving the documents at the usual workplace of Kim Cordova with Nate Bernstein who is the Director for Kim Cordova.

Summons - Kim Cordova
Consent
Complaint
Additional Description:
Successful service

White Male, est. age 45, glasses: N, Brown hair, 180 lbs to 200 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=39.768737793,-105.0821299948
Photograph: See Exhibit 1
Total Cost: $225.00

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in <u>Jefferson County</u>, <u>CO</u> on <u>7/3/2023</u>.

/s/ *Trevor Steldt*
_____
Signature
Trevor Steldt
+1 (720) 252-7699

# Exhibit 1

Exhibit 1a)

