

# UNITED STATES DISTRICT COURT
for the
District of Colorado
901 19th Street, Denver, CO 80294

| | |
|---|---|
| **Kaiser Foundation Health Plan of Colorado** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-01687 |
| ) | |
| **Kim Cordova, et al** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Trevor Steldt, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on United Food and Commercial Workers Local 7 in Jefferson County, CO on July 3, 2023 at 1:35 pm at 7760 W 38th Ave, Suite 400, Wheat Ridge, CO 80129 by leaving the following documents with Nate Bernstein who as Director is authorized by appointment or by law to receive service of process for United Food and Commercial Workers Local 7.

Summons
Complaint
Consent
Additional Description:
Successful service

White Male, est. age 45, glasses: N, Brown hair, 180 lbs to 200 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=39.7686767578,-105.0821803331
Photograph: See Exhibit 1
Total Cost: $225.00

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in <ins>Jefferson County</ins>, <ins>CO</ins> on <ins>7/3/2023</ins>.

/s/ *Trevor Steldt*
_____
Signature
Trevor Steldt
+1 (720) 252-7699

# Exhibit 1

Exhibit 1a)

